UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RAY M. HARRISON,

    Plaintiff,

v

COMMERCIAL BANK,

    Defendant.

Case No. 5:09-cv-12666

Hon. John Corbett O'Meara

Richard H. Ebbott (P13085)
Morrissey, Bove & Ebbott
Attorneys for Plaintiff
221 W. 5th Street
Flint, MI 48502
810-238-0455
810-238-0458 (fax)
mbebbott@sbcglobal.net

Michael T. Harrison (CA 158983)
Law Offices of Michael T. Harrison
Co-Counsel for Plaintiff
25876 The Old Road, Suite 304
Stevenson Ranch, CA 91381
661-257-2854
661-257-3068 (fax)
mharrison30@aol.com

Scott A. Chernich (P48893)
Deanna Swisher (P38341)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
517-371-8136
517-371-8200 (fax)
dswisher@fosterswift.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2009, I served a copy of Defendant Commercial Bank's Requests to Admit, Interrogatories, and Document Requests to Plaintiff by first-class mail upon the following:  Richard H. Ebbott, Morrissey, Bove & Ebbott, 221 W. 5th Street, Flint, MI 48502 and Michael T. Harrison, Law Offices of Michael T. Harrison, 25876 The Old Road, Suite 304, Stevenson Ranch, CA 91381.

By: /s/ Deanna Swisher
    Deanna Swisher (P38341)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933
517-371-8136
dswisher@fosterswift.com

716610_1.DOC

Foster, Swift, Collins & Smith, P.C./Attorneys At Law